## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13

STEVEN ROSENBLUM : 14-19756AMC

### CERTIFICATE OF SERVICE

Kara Cottrell does hereby certify that she did make service of the foregoing MOTION TO AVOID LIEN upon the following persons on this 11th day of December, 2019, by first class mail, postage prepaid.

> William Miller, Trustee
> P.O. Box 40119
> Philadelphia, PA  19106
>
> Ryder Lu Mazzeo & Konieczny, LLC
> 808 Bethlehem Pike, Suite 200
> Colmar, PA  18915
>
> Steven Rosenblum
> 3714 Vale Lane
> Philadelphia, PA  19114

