*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Steven Rosenblum
    Debtor(s)

Case No: 14–19756–amc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Status Hearing re: Trustee's Motion to Reconsider Confirmation Order dated 12/3/2019

    on: 2/18/20

    at: 11:00 AM

    in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/10/20

Timothy B. McGrath
Clerk of Court

326
Form 167